# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-309-DCK

| | |
|---|---|
| GENGER POOLE, as Administrator of the Estate of William Dean Poole, <br><br> Plaintiff, <br><br> v. <br><br> GASTON COUNTY; T. R. EARL; J. E. KNUPP; A. O. HOLDER; and W.P. DOWNEY, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

The undersigned notes that the "Pretrial Order And Case Management Order" (Document No. 58) currently sets a trial in this matter for the first trial term beginning on or after January 2, 2018. The undersigned finds that an earlier trial term is appropriate.

**IT IS, THEREFORE, ORDERED** that the trial in this matter is set for the term beginning **Monday, October 30, 2017**, at the Charles R. Jonas Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**SO ORDERED**.

Signed: January 17, 2017

David C. Keesler
United States Magistrate Judge