# In The Matter Of:

*Genger Poole v.*
*Gaston County*

---

*Roy G. Taylor*
*Vol. 1*
*March 8, 2017*

---



*Geri Halma Court Reporting, Inc.*
Post Office Box 611 Newton, NC 28658
Ph 828.465.0928  Fax 828.466.1471
ghcr@halmadepos.com

*Original File 030817mt.txt*
*Min-U-Script® with Word Index*

Case 3:15-cv-00309-DCK   Document 88-2   Filed 03/31/17   Page 1 of 4

14  A.     Yes.
15  Q.     And on this final page it says that you reviewed
16  video statements?
17  A.     Yes.
18  Q.     What did the video statement of Robert Hinson
19  provide you information about?
20  A.     That was his son-in-law.  And he was basically
21  talking about what a good person he was.  And I don't think
22  there was any real gleaning information out of it.
23  Q.     Was there any information at all about the incident
24  itself contained in the video statement of Robert Hinson?
25  A.     I don't recall.

```
 1   Q.      Was he a witness?
 2   A.      No.
 3   Q.      It says video daughter.
 4   A.      I wasn't able to catch her name.  I didn't
 5   understand what it said.  But it said it was his daughter.
 6   I played it several times, and I just couldn't understand
 7   what she was saying her name was.
 8   Q.      Did she see any of the incident?
 9   A.      No.
10   Q.      So you didn't use any of her information in your
11   report?
12   A.      No.
13   Q.      Bill Flanders?
14   A.      Yes.  That's the best I could understand him, the
15   landlord, yeah.  He wasn't a witness either and just said he
16   was a good tenant and had been for there for a year and a
17   half or two years, some short period, and never had any
18   issues with him.
19   Q.      Did you review the video of Genger Poole?
20   A.      I did.
21   Q.      Was she a witness to any of the events?
22   A.      Not at the point of the shooting but afterwards when
23   she came out to find out, you know, what was going on, then
24   she, you know, related what happened to her.
25   Q.      Did you use any of the information she provided in
```

Geri Halma, M.F.A., CSR, RPR, CLVS
Case 3:15-cv-00309-DCK   Document 88-2   Filed 03/31/17   Page 3 of 4

1 compiling your report?
2 A. No.
3 Q. Did you review the video statement of Lorrie Martin?
4 A. I would have reviewed it. I don't recall the
5 substance of it though.