# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-309-DCK

| | |
|---|---|
| GENGER POOLE, as Administrator of the Estate of William Dean Poole, ) ) ) Plaintiff, ) ) v. ) ) GASTON COUNTY; T.R. EARL; J.E. KNUPP; A.O. HOLDER; and W.P. DOWNEY, ) ) ) ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Expense Of Service Pursuant To Rule 4(d) Against Defendants J.E. Knupp, T.R. Earl And A.O. Holder" (Document No. 105) filed July 10, 2017. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C §636(c), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion. Plaintiffs have failed to show that the requirement of consultation has been met pursuant to Local Rule 7.1(B).

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion For Expense Of Service Pursuant To Rule 4(d) Against Defendants J.E. Knupp, T.R. Earl And A.O. Holder" (Document No. 105) is **DENIED WITHOUT PREJUDICE**.

Signed: July 17, 2017

David C. Keesler
United States Magistrate Judge