# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Genger Poole, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00309-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Gaston County, et al | ) | |
| | | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 6, 2017 Order.

October 6, 2017

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court